1  VANESSA M. TURLEY, ESQ.
   Nevada Bar No. 14635
2  **TROUTMAN PEPPER HAMILTON SANDERS LLP**
   8985 S. Eastern Ave., Ste. 200, Las Vegas, NV 89123 (*Nevada Office*)
3  600 Peachtree St. NE #3000, Atlanta, GA 30308 (*Corporate Office*)
   Phone: 470.832.5572
4  Fax:    404.962.6800
   Email:  vanessa.turley@troutman.com
5
   *Attorney for Defendant Federal Home*
6  *Loan Mortgage Corporation*

7                          **UNITED STATES DISTRICT COURT**

8                                **DISTRICT OF NEVADA**

9

10  SATICOY BAY LLC SERIES 4641         Case No.:  2:23-cv-0154-RFB-BNW
    VIAREGGIO CT,
11
             Plaintiff,                 **STIPULATION AND ORDER TO STAY**
12                                      **DISCOVERY**
    vs.
13                                      **(FIRST REQUEST)**
    FEDERAL HOME LOAN MORTGAGE
14  CORPORATION, a national corporation;
    LEACH JOHNSON SONG & GRUCHOW, a
15  Nevada limited liability company; MONIQUE
    GUILLORY, an individual; DOE Individuals I
16  through XX; and ROE CORPORATIONS I
    through XX,
17
             Defendants.
18

19       Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") and Plaintiff Saticoy Bay

20  LLC Series 4641 Viareggio Court ("Saticoy Bay"), by and through undersigned counsel, hereby

21  stipulate and agree to stay discovery pending the Court's decision on the fully brief Motion to Dismiss.

22       In support of the stipulation, the Parties state as follows:

23       1.      On December 5, 2022, Saticoy Bay filed the Complaint in the instant matter.

24       2.      The Complaint was served upon Freddie Mac on December 8, 2022.

25       3.      Freddie Mac's responsive pleading was due on December 29, 2022.

26       4.      On December 6, 2022, Saticoy Bay filed a Motion for Preliminary Injunction.

27       5.      On December 6, 2022, the Court set the Motion for Preliminary Injunction for hearing

28  on January 12, 2023 at 9:00 AM.

                                                1
146691195

6. Freddie Mac confirmed the foreclosure sale had been postponed indefinitely.

7. On December 21, 2022, the Parties stipulated to extend the time to file an Opposition to Saticoy Bay's Motion for Preliminary Injunction to January 4, 2023.

8. The Parties also stipulated to extend the time to file a responsive pleading to February 2, 2023, so that the Motion for Preliminary Injunction could be heard before a responsive pleading was filed.

9. On December 22, 2022, Judge Krall signed the Stipulation and Order, and it was entered.

10. On January 3, 2022, the Parties stipulated to extend the time to file an Opposition to Saticoy Bay's Motion to January 13, 2023.

11. The Parties also requested the hearing for the Motion for Preliminary Injunction set for January 12, 2023 be vacated and reset.

12. On January 4, 2023, Judge Krall signed the Stipulation and Order and reset the hearing for the Motion for Preliminary Injunction to January 25, 2023 at 9:00 AM.

13. Most recently, the Parties agreed to extend the time to file an Opposition to Saticoy Bay's Motion for Preliminary Injunction to January 27, 2023.

14. Additionally, the Parties stipulated to extend the time to file a responsive pleading to March 1, 20233 so that the Motion for Preliminary Injunction may be heard before a responsive pleading was filed.

15. On January 27, 2023, Freddie Mac filed a Petition for Removal under 12 U.S.C 1452(f) and a Notice of Removal to Federal Court.

16. On February 2, 2023, Freddie Mac filed a Motion to Dismiss Saticoy Bay's Complaint.

17. On February 14, 2023, Freddie Mac filed its Statement Regarding Removed Action.

18. Saticoy Bay filed its Opposition to Freddie Mac's Motion to Dismiss on February 17, 2023.

19. On February 24, 2023, Freddie Mac filed its Reply in support of Motion to Dismiss.

20. On March 2, 2023, the Parties filed their Joint Status Report.

21. Now the Parties have stipulated to stay discovery until the Court rules on the Motion to Dismiss.

146691195

22. Both Parties represent this stipulation is not made with any intent to delay or prejudice either party.

**IT IS SO STIPULATED.**

Dated this 13th day of March 2023.

| **Troutman Pepper Hamilton Sanders LLP** | **Roger P. Croteau & Associates, Ltd.** |
|---|---|
| By: /s/ *Vanessa M. Turley*<br>Vanessa M. Turley<br>Nevada Bar No. 14635<br>8985 S. Eastern Ave., Ste. 200<br>Las Vegas, NV 89123 *(Nevada Office)*<br>600 Peachtree St. NE #3000<br>Atlanta, GA 30308 *(Corporate Office)*<br>Tele: (470) 832-5572<br>Fax: (404) 962-6800<br>vanessa.turley@troutman.com<br>*Attorney for Defendant Federal Home Loan Mortgage Corporation* | By: /s/ *Christopher L. Benner*<br>Roger P. Croteau<br>Nevada Bar No. 4958<br>Christopher L. Benner<br>Nevada Bar No. 8963<br>2810 W. Charleston Blvd., Ste. 67<br>Las Vegas, Nevada 89102<br>(702) 254-7775<br>(702) 228-7719 (facsimile)<br>croteaulaw@croteaulaw.com<br>chris@croteaulaw.com<br>*Attorneys for Plaintiff Saticoy Bay LLC Series 4641 Viareggio Ct* |

## ORDER

IT IS ORDERED that ECF No. 13 is GRANTED.

IT IS FURTHER ORDERED that the parties shall have 14 days after ECF No. 5 is decided to file a proposed Discovery Plan and Scheduling Order.

**IT IS SO ORDERED**

**DATED:** 5:40 pm, March 14, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3

146691195